IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERTHA BENTANCO, et al.,

      Plaintiffs,

vs.                                                                  Civ. No. 01-23 LFG/WWD

WAL-MART, INC.,

      Defendant.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiffs' Motion to Compel and Request for Sanctions filed July 12, 2001 (Docket #30). The motion seeks an order directing Defendant ("Wal-Mart") to give full and complete answers to Interrogatories 1, 2, 4, 6, 10, and 11; and to produce the documents sought in Requests for Production 1, 2, 3, 4, 5, 6, 7, 8, and 10.

      Wal-Mart has made objections to Interrogatories# 1, 2, 4, and 6, which are well taken and no further response to those interrogatories will be required.   No further response will be required to Interrogatory # 10 or 11.

      Wal-Mart has made objection to Requests for Production # 1 through 7; however, notwithstanding the objections, Wal-Mart has responded with some document production in connection with some of those requests.

Request for Production # 1.

      Wal-Mart's objection as to other stores is well taken. Wal-Mart shall produce all the material sought in connection with the Carlisle Store.

.Request for Production # 2 .

Wal-Mart shall produce all the material sought in connection with the Carlisle Store.

Request for Production # 3, 4, 5, and 6.

Wal-Mart's objections to these requests are sustained.

Request for Production # 7.

Wal-Mart shall produce all the material sought in connection with this Request for Production.

Request for Production # 8.

All documents held by or under the control of Wal-Mart which deal with Employers Protective Services' dealings with Wal-Mart in New Mexico shall be produced to Plaintiffs.

Request for Production # 10.

Wal-Mart's objection to this request is sustained, conditioned upon Wal-Mart's making the production alluded to in its Response to the Request for Production.

Production ordered above shall be made by Wal-Mart on or before August 1, 2001.

No sanctions will be imposed in connection with this motion.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

.